JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NELSON BLAIR,<br><br>    Petitioner,<br><br>v.<br><br>VINCE CULLEN, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. CV 99-6859-VAP (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

This Order is hereby entered: (1) approving and adopting this Report and Recommendation; (2) and finding that the presumption of Petitioner's competency has not been overcome by a preponderance of the evidence as set forth in 18 U.S.C. § 4241.

**IT IS SO ORDERED.**

DATED: January 4, 2011

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge