**FILED**

**JUL 13 2011**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| JAMES NELSON BLAIR, | No. 01-99003 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-99-06859-MRP-MC |
| v. | |
| MICHAEL MARTEL, Warden, California State Prison at San Quentin, | ORDER |
| Respondent - Appellee. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Before: REINHARDT, GRABER, and RAWLINSON, Circuit Judges.

Respondent's "Request That Pending Appeal Be Dismissed" is DENIED as moot.